# IN THE COURT OF CRIMINAL APPEALS

## PD-1247&1248-15 AUSTIN, TEXAS

JAQUALIEN GRANT

VS.

THE STATE OF TEXAS

§
§ APPEAL OF CAUSE NO. 14-13-01078-CR
§ FROM THE 14TH DISTRICT COURT OF APPEALS
§ HARRIS COUNTY, TEXAS
§
§

## PETITIONER'S PRO SE MOTION TO SUSPEND RULE 9.3(b) OF THE TEXAS RULES OF APPELLATE PROCEDURE

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 21 2015
Abel Acosta, Clerk

TO THE COURTS OF CRIMINAL APPEALS:

COMES NOW, JAQUALIEN GRANT TDCJ# 1897465, IN THE ABOVE STYLED/CAUSE NUMBER 14-13-01078-CR/1386096, FILES THIS PRO SE MOTION REQUESTING LEAVE TO FILE THE ORIGINAL PETITION ONLY WITH THE COURT AND SUPPORT THEREOF. WILL RESPECTFULLY SHOW!

## I.

PETITIONER WAS CONVICTED OF THE OFFENSE OF AGG KIDNAPPING IN CASE NUMBER 14-13-01078-CR/1386096 AND JUDGEMENT BY APPEALANT COURT 14TH DISTRICT AFFIRMED CONVICTION IN STYLED NO. 14-13-01078-CR/1386096

## II.

PETITIONER IS WITHOUT LEGAL REPRESENTATION AND DO NOT HAVE ACCESS TO COPIES SERVICE

WHEREFORE, PETITIONER, PRAYERS THIS HONORABLE COURT HIS GRANT HIS MOTION PETITIONER PRO SE MOTION TO SUSPEND RULE 9.3(b) OF THE TEXAS RULES OF APPEALANT PROCEDURE IN CAUSE NO. 14-13-01078-CR/1386096

FILED IN
COURT OF CRIMINAL APPEALS
SEP 23 2015
Abel Acosta, Clerk

RESPECTFULLY SUBMITTED,

MR. JAQUALIEN GRANT
TDCJ-ID# 1897465
JAMES V. ALLRED UNIT
2101 FM 369 NORTH
IOWA PARK, TEXAS 76267
(PETITIONER PRO SE)

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE ABOVE AND FOREGOING PETITIONER'S PRO SE MOTION TO SUSPEND RULE 9.3(b) OF THE TEXAS RULES OF APPELLANT PROCEDURE, HAS BEEN FORWARDED BY U.S. MAIL, POSTAGE PREPAID, FIRST-CLASS, TO THE ATTORNEY FOR THE STATE. COBY LESLIE AT THE HARRIS COUNTY DISTRICT CLERK'S OFFICE, 1201 FRANKLIN ST., HOUSTON, TEXAS, 77002, AND ALSO THE STATE PROSECTOR ATTORNEY, AT P.O. BOX 13046, AUSTIN, TEXAS, 78711, ON THIS THE 18TH DAY OF SEPTEMBER, 2015

PETITIONER, PRO SE

I, JAQUALIEN GRANT, TDCJ-ID# 1897465, BEING PRESENTLY INCARCERATED IN THE JAMES V. ALLRED UNIT OF TEXAS DEPARTMENT OF CRIMINAL JUSTICE IN WITCHATA FALLS COUNTY, TEXAS, VERIFY AND DECLARE UNDER PENALTY OF PERJURY THAT THE FORE GOING STATMENTS ARE TRUE AND CORRET. EXCUTED ON THIS THE 18TH OF SEPTEMBER, 2015.

MR. JAQUALIEN GRANT
TDCJ-ID # 1897465
JAMES V. ALLRED UNIT
2101 FM 369 NORTH
IOWA PARK, TX 76367

(PETITIONER, PRO SE)